**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2599**

_____

SYED ASKRI,

               Debtor – Appellant,

       v.

FIRST HORIZON BANK, a division of First Tennessee Bank National Assn.; LVE III HOMEOWNERS ASSN. INC.,

               Creditors – Appellees,

       and

THOMAS P. GORMAN,

               Trustee – Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony J. Trenga, District Judge. (1:15-cv-01135-AJT-IDD)

_____

Submitted: June 23, 2016        Decided: June 28, 2016

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Syed Askri, Appellant Pro Se. Jason Michael Floyd, BWW LAW GROUP, LLC, Richmond, Virginia; Erik William Fox, REES BROOME, PC, Tysons Corner, Virginia; Eva Choi, OFFICE OF THE CHAPTER 13 TRUSTEE, Alexandria, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Syed Askri appeals the district court's order affirming the bankruptcy court's order denying confirmation of his Chapter 13 plan without leave to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED